1  **Renée E. Rothauge, Bar No. 271239**
2  ReneeRothauge@markowitzherbold.com
   MARKOWITZ HERBOLD PC
3  Suite 3000, Pacwest Center
   1211 SW Fifth Avenue
4  Portland, OR  97204-3730
5  Telephone: (503) 295-3085
   Fax:  (503) 323-9105
6
   Attorneys for plaintiff NPK INDUSTRIES

*IT IS SO ORDERED*
*/s/ Susan Illston*
Judge Susan Illston
5/20/2015

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| NPK INDUSTRIES,<br><br>                         Plaintiff,<br><br>     v.<br><br>DENNIS HUNTER, LEFT COAST GARDEN WHOLESALE, and DOES 1-10, inclusive,<br><br>                         Defendants. | Case No. CV 3:15-cv-00811 SI<br><br>ORDER AS MODIFIED Re:<br>**STIPULATION TO MOVE INITIAL CASE MANAGEMENT CONFERENCE DATE** |

The parties hereby request that the Initial Case Management Conference be moved two weeks from May 29, 2015 until June ~~12~~ 19, 2015 due to plaintiff's counsel's unavailability and the parties' mutual desire to prepare an amended complaint naming, and then serving, the correct parties to the dispute.

Counsel for defendants agrees.

DATED this 19th day of May, 2015.

MARKOWITZ HERBOLD PC

By:  */s/ Renée E. Rothauge*
        Renée E. Rothauge, Bar No. 271239
        Of Attorneys for Plaintiff NPK INDUSTRIES

453879