| | |
|---|---|
| 1 | THOMAS KEVIN KONICEK (SBN 110744) |
| | kevin@zklegal.com |
| 2 | MICHELLE V. ZYROMSKI (SBN 191606) |
| | michelle@zklegal.com |
| 3 | ZYROMSKI KONICEK LLP |
| | Attorneys at Law |
| 4 | 645 Fourth Street, Suite 200 |
| | Santa Rosa, California 95404 |
| 5 | Telephone: (707) 542-1393 |
| | Facsimile: (707) 542-7697 |
| 6 | |
| 7 | Attorneys for Defendants |
| | DENNIS HUNTER, |
| 8 | RBD ONLINE, INC., and CBD GUILD |
| 9 | RENEE E. ROTHAUGE (SBN 271239) |
| | reneerothauge@markowitzherbold.com |
| 10 | ADAM M. STARR (SBN 246292) |
| | adamstarr@markowitzherbold.com |
| 11 | MARKOWITZ HERBOLD PC |
| | Suite 300, Pacwest Center |
| 12 | 1211 SW Fifth Avenue |
| | Portland, OR 97204-3730 |
| 13 | Telephone: (503) 295-3085 |
| | Facsimile: (503) 323-9105 |
| 14 | |
| | Attorneys for Plaintiff |
| 15 | NPK INDUSTRIES |

**GRANTED**
*Judge Susan Illston*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NPK INDUSTRIES, | | CASE NO.: CV 15-00811 SI |
| | Plaintiff, | |
| v. | | **STIPULATION EXTENDING TIME TO FILE RESPONSE TO PLAINTIFF'S SECOND AMENDED COMPLAINT** |
| DENNNIS HUNTER, RBD ONLINE, INC., CBD GUILD, and DOES 1-10, inclusive, | | |
| | Defendants. | |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, and without waiving any subsequent argument whatsoever, that Defendants DENNNIS

-1-

HUNTER, RBD ONLINE, INC., and CBD GUILD have to and including August 3, 2015 within which to file their respective responses to Plaintiff's Second Amended Complaint.

Dated: July 20, 2015                     ZYROMSKI KONICEK LLP

                                         By: /s/ *Thomas Kevin Konicek*
                                         THOMAS KEVIN KONICEK
                                         Attorneys for Defendants DENNIS
                                         HUNTER, RBD ONLINE, INC., and
                                         CBD GUILD

Dated: July 20, 2015                     MARKOWITZ HERBOLD PC

                                         By: /s/ *Renee Rothauge*
                                         RENEE ROTHAUGE
                                         Attorneys for Plaintiff
                                         NPK INDUSTRIES