UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NPK INDUSTRIES,

        Plaintiffs,

    v.

DENNIS HUNTER, et al.,

        Defendants.

Case No. 15-cv-00811-SI  (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: December 4, 2015 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: 3/4/2016.

DESIGNATION OF EXPERTS: 2/1/2016; REBUTTAL: 2/15/2016;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: 3/4/2016.

DISPOSITIVE MOTIONS **SHALL** be filed by; 3/11/2016;
    Opp. Due: 3/25/2016; Reply Due: 4/1/2016;
    and set for hearing no later than 4/15/2016 at 9:00 AM.

PRETRIAL CONFERENCE DATE: 5/17/2016 at 3:30 PM.

JURY TRIAL DATE: 5/31/2016 at 8:30 AM.
    Courtroom 10, 19th floor.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:   Parties will be participating in global settlement negotiations which involve related case *Yeti v. MPK*.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.

Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated:  October 6, 2015

_____
SUSAN ILLSTON
United States District Judge