UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NPK INDUSTRIES,<br><br>        Plaintiffs,<br><br>    v.<br><br>DENNIS HUNTER, et al.,<br><br>        Defendants. | Case No. 15-cv-00811-SI  (SI)<br><br>SECOND<br>**PRETRIAL PREPARATION ORDER (CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: March 18, 2018 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: March 31, 2016.

DESIGNATION OF EXPERTS: 3/1/16; REBUTTAL: 3/11/16;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: March 31, 2016.

DISPOSITIVE MOTIONS **SHALL** be filed by; April 1, 2016;
    Opp. Due: April 15, 2016; Reply Due: April 22, 2016;
    and set for hearing no later than May 6, 2016 at 9:00 AM.

PRETRIAL CONFERENCE DATE: May 24, 2016 at 3:30 PM.
(Pretrial documents due: 5/17/16)

JURY TRIAL DATE: May 31, 2016 at 8:30 AM.
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be ___ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Plaintiff shall file it's Fourth Amended Complaint by 12/14/15 and the response shall be filed by 12/21/15. The Court adjusted that the trial schedule as indicated.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

    **IT IS SO ORDERED**.

Dated: 12/8/15

*Susan Illston*

SUSAN ILLSTON
United States District Judge